# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**R.S.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D19-2530

[December 6, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 2018DP000740/JL.

David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee.

Thomasina Moore and Laura J. Lee of Florida Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***